UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Nicole Kline | Bankruptcy No.19-16560-ELF |
| Kris Kline | |
| Debtors | |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 13th day of March, 2020, by first class mail upon those listed below:

Nicole Kline
Kris Kline
4117 Park St
Whitehall, PA  18052

**Electronically via CM/ECF System Only:**

BRIAN C EVES ESQ
P O BOX 0713
NEW HOPE, PA  18938-0713

/s/ Deborah A. Earnshaw
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee