## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kris Kline<br>　　　　Nicole Kline<br>　　　　　　　　　Debtor(s) | CHAPTER 13 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>　　　　　　　　Movant<br>　　vs. | NO. 19-16560 PMM |
| Kris Kline<br>Nicole Kline<br>　　　　　　　　　Debtor(s) | 11 U.S.C. Section 362 |
| Scott Waterman<br>　　　　　　　　Trustee | |

### **ORDER**

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 4117 Park Street, Whitehall, PA 18052 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its state court remedies.

Dated: March _27__, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Patricia M. Mayer*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Patricia M. Mayer