United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                            Case No. 19-16560-pmm
Nicole Kline                                                      Chapter 13
Kris Kline
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: JEGilmore           Page 1 of 1             Date Rcvd: Mar 27, 2020
                              Form ID: pdf900           Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2020.
```
db/jdb         +Nicole Kline,   Kris Kline,   4117 Park St,   Whitehall, PA 18052-1922
smg            +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg            +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
cr             +Whitehall Township,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
                 Norristown, PA 19404-3020
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 28 2020 03:51:33
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 28 2020 03:51:47      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                               TOTAL: 2
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2020 at the address(es) listed below:
```
              BRIAN C. EVES    on behalf of Joint Debtor Kris  Kline BrianEvesLaw@gmail.com
              BRIAN C. EVES    on behalf of Debtor Nicole  Kline BrianEvesLaw@gmail.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Whitehall Township jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JEROME B. BLANK    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER paeb@fedphe.com
              LORRAINE GAZZARA DOYLE    on behalf of Creditor    Nationstar Mortgage LLC dba Mr Cooper
               Lorraine@mvrlaw.com, Diane@mvrlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC dba Mr Cooper
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 9
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Kris Kline<br>　　　　Nicole Kline<br>　　　　　　　　Debtor(s)<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>　　　　　　　Movant<br>　　vs.<br><br>Kris Kline<br>Nicole Kline<br>　　　　　　　Debtor(s)<br><br>Scott Waterman<br>　　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 19-16560 PMM<br><br><br><br>11 U.S.C. Section 362 |

## ORDER

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 4117 Park Street, Whitehall, PA 18052 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its state court remedies.

Dated: March _27_, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Patricia M. Mayer_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Patricia M. Mayer