United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-16560-pmm
Nicole Kline                                                          Chapter 13
Kris Kline
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: JEGilmore          Page 1 of 2          Date Rcvd: Apr 09, 2020
                             Form ID: pdf900          Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2020.
db/jdb         +Nicole Kline,   Kris Kline,   4117 Park St,   Whitehall, PA 18052-1922
smg            +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg            +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
14442926        NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,   C/o Jerome Blank, Esq.,
                 1617 JFK Boulevard, Suite 1400,   One Penn Center Plaza,   Philadelphia, PA 19103
14452384       +Nationstar Mortgage LLC d/b/a Mr. Cooper,   c/o Rebecca A. Solarz, Esquire,
                 KML Law Group, P.C.,   701 Market Street, Suite 5000,   Philadelphia, Pa 19106-1541
14437067       +Nationstar Mortgage LLC, dba Mr. Cooper,   P.O. Box 619096,   Dallas, TX 75261-9096
14407946        PPL,   Hamilton st,   allentown, PA 18102
14407947       +Seterus, Inc,   758 Rainbow Road,   Windsor, CT 06095-1067
14452409       +Whitehall Township,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
                 Norristown, PA 19404-3020
14452408       +Whitehall Township,   c/o James R. Wood, Esquire,   2700 Horizon Drive, Suite 100,
                 King of Prussia, PA 19406-2726
14453126       +Whitehall township,   c/o James R. Wood, Esquire,   Portnoff Law Associates, LTD,
                 2700 Horizon Drive, Suite 100,   King of Prussia, Pa 19406-2726

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 10 2020 04:50:13
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 10 2020 04:50:58     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14416040        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 10 2020 04:49:56
                 AmeriCredit Financial Services, Inc.,   dba GM Financial,   P O Box 183853,
                 Arlington, TX 76096
14407943       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 10 2020 04:48:39     Capital one,
                 PO Box 30285,   Salt Lake City,, UT 84130-0285
14407944       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 10 2020 04:49:56     GM financial,
                 801 cherry st,   Fort Worth, TX 76102-6803
14412349        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 10 2020 04:48:48     LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14415237        E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 10 2020 04:48:39     MERRICK BANK,
                 Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
14407945       +E-mail/Text: Diane@mvrlaw.com Apr 10 2020 04:49:47     Martha E. Von Rosenstiel, P.C.,
                 649 South Avenue,   Unit 6,   Clifton Heights, PA 19018-3541
14411888        E-mail/Text: bnc-quantum@quantum3group.com Apr 10 2020 04:50:02
                 Quantum3 Group LLC as agent for,   CF Medical LLC,   PO Box 788,   Kirkland, WA  98083-0788
14411887        E-mail/Text: bnc-quantum@quantum3group.com Apr 10 2020 04:50:02
                 Quantum3 Group LLC as agent for,   Sadino Funding LLC,   PO Box 788,
                 Kirkland, WA  98083-0788
                                                                                               TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Whitehall Township,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
                 Norristown, PA 19404-3020
                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020                          Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: JEGilmore           Page 2 of 2                   Date Rcvd: Apr 09, 2020
                              Form ID: pdf900           Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2020 at the address(es) listed below:
              BRIAN C. EVES    on behalf of Joint Debtor Kris  Kline BrianEvesLaw@gmail.com
              BRIAN C. EVES    on behalf of Debtor Nicole  Kline BrianEvesLaw@gmail.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Whitehall Township jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JEROME B. BLANK    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER paeb@fedphe.com
              LORRAINE GAZZARA DOYLE    on behalf of Creditor    Nationstar Mortgage LLC dba Mr Cooper
               Lorraine@mvrlaw.com, Diane@mvrlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC dba Mr Cooper
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Nicole Kline | |
| Kris Kline | Bankruptcy No. 19-16560-PMM |
| Debtors | |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: April 9, 2020**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE