| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-16560-PMM**

Nicole Kline  
Kris Kline  
4117 Park St  
Whitehall  PA    18052

Petition Filed Date: 10/20/2019  
341 Hearing Date: 12/17/2019  
Confirmation Date:

Case Status: Dismissed Before Confirmation on 4/ 9/2020

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/22/2019 | $200.00 | | | | | | | |

**Total Receipts for the Period: $200.00   Amount Refunded to Debtor Since Filing: $182.60   Total Receipts Since Filing: $200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Nicole Kline | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 0 | Nicole Kline | Debtor Refunds | $182.60 | $182.60 | $0.00 |
| 0 | BRIAN C EVES ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $200.00 | Current Monthly Payment: | $800.00 |
| Paid to Claims: | $182.60 | Arrearages: | $0.00 |
| Paid to Trustee: | $17.40 | Total Plan Base: | $28,800.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.